UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| CAROLYN JORDAN and EDWARD JORDAN,<br><br>Plaintiffs,<br><br>vs.<br><br>JOHNSON & JOHNSON, INC., and CENTOCOR, INC.,<br><br>Defendants. | Case No. 4:06-cv-00501 JEG-CFB<br><br>RULE 41(a)(1)(ii) STIPULATION OF DISMISSAL WITH PREJUDICE |

COME NOW the Plaintiffs and Defendants, by their attorneys of record, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) stipulate that this matter be dismissed with prejudice. Pursuant to Local Rule and the Federal Rule, the parties agree and stipulate the action be dismissed without order of court. Each party is to bear its own costs.

ATTORNEYS FOR PLAINTIFF

_____
BRUCE L. COOK
   for
COOK, BROWN & SCOTT P.L.C.
8554 Alice Avenue
Des Moines, IA 50325-7112
PHONE: (515) 278-6008
FAX: (515) 278-6024

ATTORNEYS FOR DEFENDANTS

_____
ROBERT D. HOUGHTON     AT000373
NANCY J. PENNER        AT000614
   for
SHUTTLEWORTH & INGERSOLL, P.L.C.
115 - 3rd Street SE, Suite 500
P.O. Box 2107
Cedar Rapids, IA 52406
PHONE:     (319) 365-9461
FAX:       (319) 365-8443
   AND
John Winter
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, New York 10036
PHONE:     (212) 336-2000
FAX:       (212) 336-2222